**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSHUA DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case: 4:23-cv-01238** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LUTHERAN SENIOR** | ) | |
| | ) | |
| **SERVICES,** | ) | |
| | ) | |
| **Defendant.** | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated between Plaintiff, Joshua Davis, and Defendant, Lutheran Senior Services, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice and without right to refile or reinstate. Each party shall bear its or his own attorney's fees, costs, and expenses.

Dated this 22nd day of January 2024.

AGREED TO BY:

**JOSHUA DAVIS**

**/s/ *Nathan C. Volheim***
Nathan C. Volheim, Esq.
Chad Eisenback, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 ext. 113
nvolheim@sulaimanlaw.com
ceisenback@sulaimanlaw.com

*Counsel for Plaintiff*

**LUTHERAN SENIOR SERVICES**

**/s/ *Brittany Falkowski*** (*with consent*)
Brittany Falkowski, MO Bar No.: 62876
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
(314) 480-1500 fax (314) 480-1505

Brittany.Falkowski@huschblackwell.com

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 22nd day of January, 2024, a true and correct copy of the foregoing to has been provided via CM/ECF, electronic mail and/or U.S. mail to all parties of record.

<u>*/s/ Nathan C. Volheim*</u>

Nathan C. Volheim, Esq.